UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHER RHUMA, et al, | No. 2:20-cv-02366 DJC AC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| STATE OF LIBYA, | |
| Defendant. | |

    Plaintiffs proceeded in this matter pro se, and accordingly this motion is before the undersigned pursuant to Local Rule 302(c)(21).  On February 27, 2024, plaintiffs filed a Motion to Strike.  ECF No. 51.  Plaintiffs' case was closed on February 20, 2024, at their request.  ECF No. 49.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiff's motion at ECF No. 51 will, accordingly, not be considered.

DATED: March 5, 2024

                                                                _/s/ Allison Claire_

                                                                 ALLISON CLAIRE
                                                                 UNITED STATES MAGISTRATE JUDGE